IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>JAY HARRY LOCKE ) | Criminal No. 95-09 Erie |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Jay Harry Locke, GM3740, Year of Birth: 1967, Caucasian, Male.

2. Detained by: SCI Pittsburgh, P.O. Box 99901, Pittsburgh, Pennsylvania 15233.

3. Detainee was sentenced in this district for violations of Title 18, United States Code, Sections 2 and 1956(h) and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D) and 846.

4. Detainee is presently confined in SCI Pittsburgh, Pittsburgh, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for a supervised release revocation hearing at Erie, Pennsylvania on August 3, 2007, at 1:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Superintendent of SCI Pittsburgh, Pittsburgh, Pennsylvania has no objection to the granting of this petition.

                                                                     s/Christine A. Sanner
                                                                     CHRISTINE A. SANNER
                                                                     Assistant U.S. Attorney
                                                                     PA ID No. 85039

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____                      _____
DATE                                                       UNITED STATES DISTRICT JUDGE

cc: United States Attorney