MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

U.S.A.

        Plaintiffs,

Vs.        Case No. CR 95-9 E

JAY HARRY LOCKE

        Defendants.

HEARING ON Revocation of Supervised Release

Before Judge Sean J. McLaughlin

Held on 8-3-07

Christine Sanner, AUSA     Thomas W Patton PDA

Appear for Plaintiff     Appear for Defendant

Hearing begun 1:29 pm     Hearing adjourned to 1:33 pm

Hearing concluded C.A.V.     Stenographer Ron Bench

    Clerk _____

WITNESSES:

Δ's S.R. is REVOKED; Δ sentenced to 24 mths imprisonment, concurrently to present state sentence; No Supervised Release; ~~all parties~~ ~~present terms & conditions apply.~~

Judgment to follow